423 F.2d 1225
 FREDERICK STARR CONTRACTING CO., as operator of the DECK
SCOW MANYA STARR NO. 55, Libellant-Appellee,
v.
SS CHEMICAL TRANSPORTER, TUG ANN McALLISTER, Respondents,
Chemical Transporter Inc., and McAllister Brothers
Inc., Respondents-Appellants.
 No. 33881.
 United States Court of Appeals, Second Circuit.
 Nov. 12, 1969.
 
 Before LUMBARD, Chief Judge, and IRVING R. KAUFMAN, and HAYS, Circuit judges.
 PER CURIAM.
 
 
 1
 This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York, and was argued by counsel.
 
 
 2
 On consideration whereof, it is now hereby ordered, adjudged, and decreed that the judgments of said District Court be and they hereby are affirmed.